UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE GAUDET BECNEL | CIVIL ACTION |
| VERSUS | |
| JON RUSSELL FOLSE, ET AL. | NO. 20-00266-BAJ-EWD |

## RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 37),** recommending the following.

First, the Magistrate Judge recommends that the Court strike Plaintiff's Proposed Supplemental Complaint (Doc. 33) from the record pursuant to Federal Rule of Civil Procedure 12(f) for the following reasons: (1) Plaintiff filed the Supplemental Complaint without seeking leave; (2) the Supplemental Complaint otherwise violates several applicable rules and procedures; (3) Plaintiff seeks to supplement her prior claims with entirely new defendants and unrelated claims; and (4) the Supplemental Complaint contains redundant and immaterial matters.

Second, the Magistrate Judge recommends that the Court dismiss Plaintiff's claims against Jerry Folse, Julie Folse, and Jamie Stoker in this matter, with prejudice, including her claims alleging crimes, false arrest, RICO violations, ADA violations, unspecified Civil Rights violations, 18 U.S.C. § 241 violations, and violations under the Computer Fraud and Abuse Act ("CFAA"), pursuant to 28 U.S.C. § 1915(e) for failure to state a claim upon which relief may be granted. The

Plaintiff Via Certified Mail

Magistrate Judge further recommends that the Court terminate Jerry Folse, Julie Folse, and Jamie Stoker from the above-captioned matter.

Third, the Magistrate Judge recommends that the Court dismiss the following claims against Jon Russell Folse in this matter, with prejudice: Plaintiff's claims alleging crimes, false arrest, RICO violations, ADA violations, unspecified Civil Rights violations, and 18 U.S.C. § 241 violations. The Magistrate Judge recommends that the Court maintain Plaintiff's claims against Jon Russell Folse under the CFAA. The Magistrate Judge further recommends that the Court refer this matter back to the Magistrate Judge for further proceedings on Plaintiff's sole remaining claim under the CFAA against Jon Russell Folse.

Finally, the Magistrate Judge recommends that the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims in her Original and Amended Complaints.

There are no objections to the Report and Recommendation.

Having carefully considered the Report and Recommendation at issue, the underlying Complaint, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** the Plaintiff's Proposed Supplemental Complaint (Doc. 33) be and is hereby **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants Jerry Folse, Julie Folse, and Jamie Stoker, are hereby **DISMISSED WITH**

**PREJUDICE**. Defendants Jerry Folse, Julie Folse, and Jamie Stoker are hereby **TERMINATED** from the above-captioned matter.

**IT IS FURTHER ORDERED** that Plaintiff's claims alleging crimes, false arrest, RICO violations, ADA violations, unspecified Civil Rights violations, and 18 U.S.C. § 241 violations against Defendant Jon Russell Folse are hereby **DISMISSED WITH PREJUDICE**. Plaintiff's claim under the CFAA is the sole claim remaining against Defendant Jon Russell Folse. This matter is referred back to the Magistrate Judge for further proceedings on Plaintiff's CFAA claim against Defendant Jon Russell Folse.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in her Original and Amended Complaints.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this Order on Plaintiff Nicole Gaudet Becnel via certified mail, return receipt requested at her address listed on PACER, 2160 Rome Street, Paulina, Louisiana, 70763.

Baton Rouge, Louisiana, this 27th of June, 2022

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

3