UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NICOLE GAUDET BECNEL                          CIVIL ACTION

VERSUS

JON RUSSELL FOLSE, ET AL.                   NO. 20-00266-BAJ-EWD

### RULING AND ORDER

On November 4, 2022, the Magistrate Judge issued a **Report and Recommendation (Doc. 47, the "R&R")**, recommending that the above-captioned action be dismissed without prejudice on the Court's own motion for failure to prosecute under Fed. R. Civ. P. 4(m), Fed. R. Civ. P. 41(b), Local Civil Rule 41(b)(1)(A), and for lack of compliance with Local Civil Rule 41(b)(4). No timely objection was filed.

After having carefully considered Plaintiff's Complaint, the R&R, and all related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that, pursuant to Fed. R. Civ. P. 4(m), Fed. R. Civ. P. 41(b), and Local Civil Rule 41(b)(1)(A), all of Plaintiff's claims be and are hereby **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to seek reinstatement of this action within thirty days of this Ruling and Order upon a showing by Plaintiff of good cause.

**IT IS FURTHER ORDERED** that the above-captioned matter be and is

hereby **TERMINATED** for Plaintiff's failure to effect service of process on Defendant Jon Russell Folse, failure to appear for hearings as ordered, and—pursuant to Local Civil Rule 41(b)(4)—failure to keep the Court apprised of her current address.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this Ruling and Order on Nicole Gaudet Becnel via regular and certified mail, return receipt requested at her address listed on PACER, 2160 Rome Street, Paulina, Louisiana, 70763.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 15th day of March, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**